**Opinion issued March 8, 2018**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-18-00022-CR**

———————————

**IN RE JASON WAYNE MCBRIDE, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Jason Wayne McBride seeks a writ of mandamus to compel the Comal County District Attorney to provide relator with copies of certain listed documents.[1]

We have no power to issue the requested writ.

---

[1] The underlying case is *Ex parte Jason Wayne McBride*, cause number CR2016-008, pending in the 207th District Court of Comal County, Texas, the Honorable R. Bruce Boyer, presiding.

An appellate court's power to issue a writ of mandamus is limited by statute. We may issue a writ of mandamus if it is necessary to enforce our jurisdiction. We may also issue a writ of mandamus against a judge of a district, statutory county, statutory probate, or county court in our district. *See* TEX. GOV'T CODE § 22.221(a)-(b). Relator has not demonstrated that his requested relief falls within our statutory power. Because we may not issue the relief relator seeks, we deny the petition. *See* TEX. R. APP. P. 52.8(a).

**PER CURIAM**

Panel consists of Justices Bland, Lloyd, and Caughey.

Do not publish. TEX. R. APP. P. 47.2(b).